# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-5268**                                    **September Term, 2016**

**1:10-cv-01945-ESH**

**Filed On: February 15, 2017** [1661304]

George Leon Adams,

        Appellant

    v.

Scott A. Middlebrooks,

        Appellee

### M A N D A T E

In accordance with the judgment of March 4, 2016, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

        BY:    /s/
                      Ken R. Meadows
                      Deputy Clerk

Link to the judgment filed March 4, 2016